IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

**FILED**

**AUG - 1 2008**

Clerk, U.S. District and
Bankruptcy Courts

| | | |
|---|---|---|
| CHISTOL ENGLISH | * | |
| as the Personal Representative of the Estate | | |
| of Jason L. Taft | * | |
| 4508 Livingston Road, S.E. | | |
| Washington, DC 20032 | * | |

                 Plaintiff,    *

    vs.    *

THE DISTRICT OF COLUMBIA    *

SERVE:  Hon. Adrian M. Fenty, Mayor       Civil Action No.
        John A. Wilson Building    *
        1350 Pennsylvania Avenue, N.W.
        Washington, D.C. 20004    *

        Peters Nickles    *
        Interim Attorney General, D.C.
        John A. Wilson Building    *
        1350 Pennsylvania Avenue, N.W.
        Washington, D.C. 20004    *

Case: 1:08-cv-01337
Assigned To : Robertson, James
Assign. Date : 8/1/2008
Description: Civil Rights-Non-Employ.

*JURY ACTION*

    and    *

OFFICER JOHN DOE    *
METROPOLITAN POLICE DEPARTMENT.
in both his official and individual capacities    *
300 Indiana Avenue, N.W.
Washington, D.C.  20001    *

            Defendants.    *

## COMPLAINT

**(Wrongful Death/Survival Act; Negligence ; Assault & Battery;
Deprivation of Civil Rights; Negligent Training & Supervision)**

## INTRODUCTION

1. This is a civil action brought pursuant to 42 U.S.C. § 1983 seeking damages against

the defendants for committing acts under color of law which deprived plaintiffs' decedent of

rights secured under the Constitution and laws of the United States and the District of Columbia.

2. In addition, it is a civil action seeking damages against the defendants for intentional wrongdoing and acts of negligence under common law.

## JURISDICTION

3. Jurisdiction exists in this case pursuant to the Fourth and Fifth Amendments to the Constitution, and under 42 U.S.C. § 1983, 28 U.S.C. § 1331; 28 U.S.C. § 1343; and under D.C. Code § 11-921.

4. The District of Columbia was given notice of this claim pursuant to D.C. Code § 12-309 on October 26, 2007 .

## PARTIES

5. Plaintiff Christol English, was at all times relevant herein, a resident of the District of Columbia and is the biological sister and personal representative of the Estate of Jason L. Taft, upon whose death this case is based.

6. Defendant District of Columbia is a municipal corporation organized pursuant to the laws of the United States.

7. Defendant John Doe is a Metropolitan Police Officer, and was so at all times herein relevant. He is sued in this case in both his official and individual capacities.

## Statement of Facts

8. On August 3, 2007 at approximately 12:00 a.m., plaintiffs' decedent, Jason L. Taft, was in the Eddie Leonard's Carryout located at 2447 Good Hope Road, S.E.

9. While in the carryout, plaintiff's decedent was attacked by defendant John Doe who was in plainclothes and never identified himself as a police officer.

10.   When defendant John Doe attacked plaintiff's decedent, plaintiff's decedent attempted to defend himself and then tried to escape.  Unlike defendant Doe, plaintiff's decedent was unarmed.

11. During the course of the attack upon plaintiff's decedent, both of men wound up outside the carryout on the ground in front of the carryout. The struggle continued at that point until defendant John Doe shot plaintiff's decedent in the thigh at close range.  Wounded and scared for his life, plaintiff's decedent attempted to escape from the obviously out of control and deranged defendant John Doe by running away from him with his back towards John Doe, defendant John Doe nonetheless took aim and shot the fleeing Jason L. Taft in the back thereby causing his death.

12.  At no time during the period that defendant John Doe was engaged in the altercation with plaintiff's decedent did plaintiff's decedent display a weapon of any type.

13.  At all times relevant to this action, defendant John Doe was acting under color of law and within the scope of his employment as a duly appointed detective in the District of Columbia.

14.  At all times relevant to this action, the District of Columbia had in effect and was responsible for the policies and procedures followed by its police officers in the actions taken relating to the decedent, and was further responsible for the training, supervision, monitoring and disciplining of the detective involved.

## COUNT I
### (Survival Act)

15.  Plaintiff incorporates by reference paragraphs 1 through 14 as if fully set forth

-3-

herein.

16. Pursuant to the survival act, D.C. Code § 12-101, the decedent's right of action for wrongful and negligent conduct against defendants survives in favor of the plaintiffs, the legal heirs of the deceased. The plaintiffs, demand all damages recoverable under the Act including substantial damages for loss of future wages, medical expenses and conscious pain and suffering, as well as any other damages recoverable under the Act.

## COUNT II
### (Wrongful Death)

17. Plaintiff incorporates by reference paragraphs 1 through 14 as if fully set forth herein.

18. Plaintiff's claims under common law negligence are actionable under the Wrongful Death Act, D.C. Code § 16-2701.

19. As a direct result of the negligence or wrongful acts of the defendants, plaintiffs and the next of kin of the decedent, incurred burial expenses, loss of the pecuniary value of services expected to be performed by the decedent and other damages recoverable under the Act.

## COUNT III
### (Negligence)

20. Plaintiff incorporates by reference paragraphs 1 through 14 as if fully set forth herein.

21. At all times relevant herein, the defendant detective had a duty to employ only reasonable measures in his interaction with and treatment of the decedent.

22. Notwithstanding said duties, the defendant detective and defendant District of Columbia, through its employees and/or agents, negligently became involved in an altercation

-4-

with plaintiff's decedent, without identifying himself at all during the course of his negligent interaction with plaintiff's decedent and in subsequently using unlawful, excessive and unreasonable force on decedent, Jason L. Taft, inasmuch as no force whatsoever was warranted under the circumstances.

23.    Defendant District of Columbia, acting under color of law, approved and/or condoned the negligent actions of its rogue detective; thus, any and all liability for the actions of the defendant detective is imputed to defendant District of Columbia.

24.    As a direct and proximate result of the negligence of the defendant detective and defendant District of Columbia, Jason L. Taft was shot and killed.

## COUNT IV
### (Assault & Battery)

25.    Plaintiff incorporates, by reference, paragraphs 1 through 14, as if fully set forth herein.

26.    Defendant District of Columbia's police detective, John Doe, without proper grounds, willfully and maliciously shot Jason L. Taft in the thigh and back.  The wounds suffered by Jason L. Taft were inflicted while he presented no immediate threat to anyone and was in fact running for his life when the armed defendant police detective in plain clothes was firing at him.

27. As a direct and proximate result of the willful, malicious and intentional actions of District of Columbia Detective John Doe, plaintiff's decedent was shot and killed.

## COUNT V
### (Deprivation of Civil Rights, 42 U.S.C. § 1983)

28.    Plaintiff hereby incorporates, by reference, paragraphs 1 through 14 as if fully set

forth herein.

29. Plaintiff further alleges that defendant John Doe, with deliberate indifference to and reckless disregard for the safety and well-being of plaintiffs' decedent, and in violation of the 4th and 5th Amendments to the Constitution, did on August 3, 2007 commit, allow or cause to be committed, acts which deprived Jason L. Taft of his Constitutional rights without affording him due process of law.

30. As a direct and proximate result of the actions of defendant John Doe, Jason L. Taft was subjected to the ultimate seizure when he was murdered under the guise of lawful police action.

### COUNT VI
**(Negligent Training and Supervision, 42 U.S.C. § 1983)**

31. Plaintiff incorporates, by reference, paragraphs 1 through 14 as if fully set forth herein.

32. At all times relevant herein, the rogue detective responsible for the murder of Jason L. Taft was acting under the direction and control, and pursuant to the rules, regulations, policies and procedures, of defendant District of Columbia.

33. The District of Columbia acted with deliberate indifference by its continued failure to supervise, properly train, control, direct and monitor its personnel in their duties and responsibilities. Specifically in this case, the District failed to have in place guidelines, rules and/or regulations which would have guided the conduct of defendant John Doe in involving himself in a physical altercation with a civilian.

34. Moreover, the District of Columbia has long been aware of the deficiencies in its

investigation of use of force by members of the Department and how such deficiencies lead to lax disciplining of officers who engage in excessive force. The District of Columbia, though aware of this long-standing problem, has failed to take steps to alleviate that problem and instead continues to conduct such investigations with a wink and a nod. The District of Columbia continues to engage in this practice even though it knows that the timely and effective imposition of appropriate discipline is critical for preventing and controlling excessive force.

35. As a direct and proximate result of the acts and omissions of defendant District of Columbia, Jason L. Taft was wrongfully and unlawfully shot to death.

**WHEREFORE**, the plaintiffs demand judgment against the defendants individually, and in some instances jointly and severally, in the full and just amount of Twenty-Five Million Dollars ($25,000,00.00), plus punitive damages to the extent allowed by law, interest, and costs.

**Jury Demand**

The plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

Gregory L. Lattimer [371926]
1100 H Street, N.W.
Suite 920
Washington, D.C.  20005
(202) 638-0095
Attorney for the Plaintiff

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Chistol English   11601 | The District of Columbia and Officer John Doe |

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Gregory L. Lattimer
Law Offices of Gregory L. Lattimer
1100 H Street, N.W. Suite 920
Washington, DC 20005    (202) 638-0095

Case: 1:08-cv-01337
Assigned To : Robertson, James
Assign. Date : 8/1/2008
Description: Civil Rights-Non-Employ.

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- O 1 U.S. Government Plaintiff
- ⊙ 3 Federal Question (U.S. Government Not a Party)
- O 2 U.S. Government Defendant
- O 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | O 1 | O 1 | Incorporated or Principal Place of Business in This State | O 4 | O 4 |
| Citizen of Another State | O 2 | O 2 | Incorporated and Principal Place of Business in Another State | O 5 | O 5 |
| Citizen or Subject of a Foreign Country | O 3 | O 3 | Foreign Nation | O 6 | O 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

- O **A.** *Antitrust*
  - ☐ 410 Antitrust

- O **B.** *Personal Injury/ Malpractice*
  - ☐ 310 Airplane
  - ☐ 315 Airplane Product Liability
  - ☐ 320 Assault, Libel & Slander
  - ☐ 330 Federal Employers Liability
  - ☐ 340 Marine
  - ☐ 345 Marine Product Liability
  - ☐ 350 Motor Vehicle
  - ☐ 355 Motor Vehicle Product Liability
  - ☐ 360 Other Personal Injury
  - ☐ 362 Medical Malpractice
  - ☐ 365 Product Liability
  - ☐ 368 Asbestos Product Liability

- O **C.** *Administrative Agency Review*
  - ☐ 151 Medicare Act
  - **Social Security:**
  - ☐ 861 HIA ((1395ff)
  - ☐ 862 Black Lung (923)
  - ☐ 863 DIWC/DIWW (405(g)
  - ☐ 864 SSID Title XVI
  - ☐ 865 RSI (405(g)
  - **Other Statutes**
  - ☐ 891 Agricultural Acts
  - ☐ 892 Economic Stabilization Act
  - ☐ 893 Environmental Matters
  - ☐ 894 Energy Allocation Act
  - ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

- O **D.** *Temporary Restraining Order/Preliminary Injunction*
  - Any nature of suit from any category may be selected for this category of case assignment.
  - *(If Antitrust, then A governs)*

---

O **E.** *General Civil (Other)*        **OR**        O **F.** *Pro Se General Civil*

**Real Property**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**Personal Property**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**Bankruptcy**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**Property Rights**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**Federal Tax Suits**
- ☐ 870 Taxes (US plaintiff or defendant
- ☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- ☐ 610 Agriculture
- ☐ 620 Other Food &Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**Other Statutes**
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

②

(DC Twice)

| ○ **G.** *Habeas Corpus/ 2255* | ○ **H.** *Employment Discrimination* | ○ **I.** *FOIA/PRIVACY ACT* | ○ **J.** *Student Loan* |
|---|---|---|---|
| ☐ **530** Habeas Corpus-General<br>☐ **510** Motion/Vacate Sentence | ☐ **442** Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ **895** Freedom of Information Act<br>☐ **890** Other Statutory Actions<br>(if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ **152** Recovery of Defaulted<br>Student Loans<br>(excluding veterans) |

| ○ **K.** *Labor/ERISA (non-employment)* | ⊛ **L.** *Other Civil Rights (non-employment)* | ○ **M.** *Contract* | ○ **N.** *Three-Judge Court* |
|---|---|---|---|
| ☐ **710** Fair Labor Standards Act<br>☐ **720** Labor/Mgmt. Relations<br>☐ **730** Labor/Mgmt. Reporting &<br>Disclosure Act<br>☐ **740** Labor Railway Act<br>☐ **790** Other Labor Litigation<br>☐ **791** Empl. Ret. Inc. Security Act | ☐ **441** Voting (if not Voting Rights<br>Act)<br>☐ **443** Housing/Accommodations<br>☐ **444** Welfare<br>☒ **440** Other Civil Rights<br>☐ **445** American w/Disabilities-<br>Employment<br>☐ **446** Americans w/Disabilities-<br>Other | ☐ **110** Insurance<br>☐ **120** Marine<br>☐ **130** Miller Act<br>☐ **140** Negotiable Instrument<br>☐ **150** Recovery of Overpayment &<br>Enforcement of Judgment<br>☐ **153** Recovery of Overpayment of<br>Veteran's Benefits<br>☐ **160** Stockholder's Suits<br>☐ **190** Other Contracts<br>☐ **195** Contract Product Liability<br>☐ **196** Franchise | ☐ **441** Civil Rights-Voting<br>(if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding   ○ 2 Removed from State Court   ○ 3 Remanded from Appellate Court   ○ 4 Reinstated or Reopened   ○ 5 Transferred from another district (specify)   ○ 6 Multi district Litigation   ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

42 USC 1983

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23   DEMAND $ 25,000,000.00   Check YES only if demanded in complaint<br>JURY DEMAND:   YES ☒   NO ☐

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE 8/1/08   SIGNATURE OF ATTORNEY OF RECORD   *NOT SIGNED*

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.